FILED

2003 NOV -7  P 12: 27

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONYA OWEN<br>Plaintiff | : CIVIL ACTION NO.3:02CV1864 (JCH) |
| v. | : |
| UNITED STATES OF AMERICA<br>Defendant | : |
| | : November 6, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 9(b), the plaintiff, Sonya Owen hereby moves for an enlargement of time of forty-five (45) days, up to and including December 31, 2003 in which to take the depositions of the Defendant/ Apportionment Plaintiff, United States of America's expert witnesses, Leslie Seldin, D.D.S. of New York City; David Behrman, Oral and Maxillofacial Surgery of New York City and John Bogdasarian, M.D., Oral and Maxillofacial Surgery of Massachusetts. This is the plaintiff's first such motion.

The plaintiff requires additional time to review the expert reports of the aforementioned doctors and actually schedule the depositions. The doctors are not available for deposition until December 2003. Counsel for the defendant United States of America has indicated that he has no objection to the motion and, in fact, requested that an extension of time for all discovery be

granted until the end of December 2003 as defense counsel may seek to take the depositions of other lay witnesses.

THE PLAINTIFF, SONYA OWEN

By_____
Cindy L. Robinson, Her Attorney
Tremont & Sheldon, P.C.
64 Lyon Terrace
Bridgeport, CT 06604
Tele. (203) 335-5145
Fax (203) 366-8503
Federal Bar No. CT01804

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was mailed on this 29th day of October, 2003 to the following:

Patrick F. Caruso
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

Ann Nevins
Assistant United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

Michael D. Neubert, Esq.
Gretchen L. Grosick, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

with a courtesy copy to the chambers of:

U.S. Magistrate Judge Holly B. Fitzsimmons
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604



Cindy L. Robinson