#33

FILED

2003 NOV -7 P 12: 27

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONYA OWEN<br>Plaintiff | : CIVIL ACTION NO.3:02CV1864 (JCH)<br>: |
| v. | : |
| UNITED STATES OF AMERICA<br>Defendant | :<br>: November 6, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 9(b), the plaintiff, Sonya Owen hereby moves for an enlargement of time of forty-five (45) days, up to and including December 31, 2003 in which to take the depositions of the Defendant/Apportionment Plaintiff, United States of America's expert witnesses, Leslie Seldin, D.D.S. of New York City; David Behrman, Oral and Maxillofacial Surgery of New York City and John Bogdasarian, M.D., Oral and Maxillofacial Surgery of Massachusetts. This is the plaintiff's first such motion.

The plaintiff requires additional time to review the expert reports of the aforementioned doctors and actually schedule the depositions. The doctors are not available for deposition until December 2003. Counsel for the defendant United States of America has indicated that he has no objection to the motion and, in fact, requested that an extension of time for all discovery be

GRANTED: Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J. 11/12/03
FILED 2003 NOV 13 US DISTRICT COURT BRIDGEPORT

TREMONT & SHELDON P. C.
64 LYON TERRACE • BRIDGEPORT, CONNECTICUT 06604 • (203) 335-5145 • JURIS NO. 064460