O2CV1864 MINENT

CT/cvjysel (January 18, 2002)

HONORABLE __HALL__
DEPUTY CLERK ~~BOROSKE~~ J    (RPTR)/~~ERO~~/TAPE __FIOANZA__

TOTAL TIME: ___ hours _10_ minutes

DATE __2-24-04__    START TIME __2:35__    END TIME __3:45__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

OWEN

vs.

USA

CIVIL NO. __3:02CV1864__

§
§                                             __A. ROBINSON__
§                                             Plaintiffs Counsel
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§                                             __P. CARUSO__
§                                             Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ........    ☑ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____

☐ ........    ☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☐ ..... #__    Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ..... #__    Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ..... #__    Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ..... #__    Motion _____   ☐ granted ☐ denied ☐ advisement

☐ ........    _____   ☐ filed ☐ docketed

☐ ........    _____   ☐ filed ☐ docketed

☐ ........    _____   ☐ filed ☐ docketed

☐ ........    _____   ☐ filed ☐ docketed

☐ ........    _____ # jurors present

☐ ........    Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........    Voir Dire by Court

☐ ........    Peremptory challenges exercised (See attached)

☐ ........    Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........    Remaining jurors excused

☐ ........    Discovery deadline set for _____

☐ ........    Disposition Motions due _____

☐ ........    Joint trial memorandum due _____

☐ ........    Trial continued until _____ at _____

☐ COPY TO: JURY CLERK