UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 18 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SONYA OWEN, | |
| PLAINTIFF, | |
| v. | CIVIL NO. 3:02 CV 1864 (JCH) |
| UNITED STATES OF AMERICA, | |
| DEFENDANT. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Plaintiff, Sonya Owen, and the Defendant, United States of America, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own expenses, costs and fees.

Respectfully submitted,

PLAINTIFF,

5/17/04
DATE

_____
SONYA OWEN

5/17/04
DATE

_____
HER ATTORNEY
CINDY L. ROBINSON, ESQ.
TREMONT & SHELDON, P.C.
64 LYON TERRACE
BRIDGEPORT, CT 06604
(203) 335-5145
FEDERAL BAR NO. ct01804

DEFENDANT,

UNITED STATES OF AMERICA,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

3/19/04
DATE

_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct17984