UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 25  P 12: 08

U.S. DISTRICT COURT
BRIDGEPORT, CONN

SONYA OWEN,

    PLAINTIFF,

v.                               CIVIL NO. 3:02 CV 1864 (JCH)

UNITED STATES OF AMERICA,

    DEFENDANT,
    APPORTIONMENT PLAINTIFF

v.

BRIDGEPORT HOSPITAL
    APPORTIONMENT DEFENDANT

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the Apportionment Plaintiff, the United States of America, and the Apportionment Defendant, Bridgeport Hospital, by and through their respective attorneys, that the above-captioned action shall be dismissed with prejudice, each party to bear its own expenses, costs and fees.

Respectfully submitted,

APPORTIONMENT PLAINTIFF
UNITED STATES OF AMERICA,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

5/19/04
DATE

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct17984

APPORTIONMENT DEFENDANT
BRIDGEPORT HOSPITAL

5/20/04
DATE

ITS ATTORNEY
GRETCHEN L. GROSICK, ESQ.
NEUBERT, PEPE & MONTEITH, P.C.
195 CHURCH ST.
NEW HAVEN, CT 06510
(203) 821-2000
FEDERAL BAR NO. ct21265

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, to the following counsel of record, this 20th day of May, 2004:

Cindy L. Robinson, Esq.
Tremont & Sheldon, P.C.
64 Lyon Terrace
Bridgeport, CT 06604

Patrick F. Caruso, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

_____
Gretchen L. Grosick